1  THEODORE PARKER, III, ESQ.
   Nevada Bar No. 004716
2  YADIRA R. GIBSON, ESQ.
   Nevada Bar No. 008637
3  **PARKER NELSON & ASSOCIATES, CHTD.**
   2460 Professional Court, Suite 200
4  Las Vegas, Nevada 89128
   Telephone:    (702) 868-8000
5  Facsimile:    (702) 868-8001
   Email: tparker@pnalaw.net
6  Email: yrios@pnalaw.net

7  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANI LAVELL, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ENDALKCHEW MERSHA, D.M.D. A )<br>professional corporation d/b/a DISCOVERY )<br>DENTAL/SIGNATURE SMILES, DOES 1 )<br>THROUGH 25, INCLUSIVE; AND ROE )<br>CORPORATIONS 1 THROUGH 25, inclusive. )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:15-cv-01975 |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**
**(First Request)**

IT IS HEREBY STIPULATED between Plaintiff TIFFANI LAVELL ("Plaintiff"), by and through her counsel of record, Eva L. D. Johnson, Esq. of the law offices of Schuetze & McGaha, P.C. and Erica D. Loyd, Esq. of the law offices of Kang & Associates, PLLC., and Defendants, ENDALKCHEW MERSHA, D.M.D. d/b/a DISCOVERY DENTAL/SIGNATURE SMILES ("Defendants"), by and through their counsel of record, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq. of the law firm Parker, Nelson & Associates, Chtd. pursuant to LR 6-1, 6-2 and 7-1, that the time for Defendants to file a response to Plaintiffs Complaint on file herein is hereby extended up to and including November 23, 2015.  This stipulation is entered into in order to assist Defendants while

1 | they retain new counsel.

2 |     IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does

3 | not operate as a waiver of any claim or defense by any party.

4 | Dated this 4th, day of November, 2015.    Dated this 4th, day of November, 2015.

**SCHUETZE & McGAHA, P.C.**   **PARKER NELSON & ASSOCIATES, CHTD.**

*/s/ Eva L. D. Johnson, Esq.*   */s/ Yadira R. Gibson, Esq.*
EVA L. D. JOHNSON, ESQ.   THEODORE PARKER, III, ESQ.
Nevada Bar No. 10628   Nevada Bar No. 004716
601 S. Rancho Drive, Suite C-20   YADIRA R. GIBSON, ESQ.
Las Vegas, Nevada 89106   Nevada Bar No. 008637
(702) 369-3225   2460 Professional Court, Suite 200
Fax No.: 369-2110   Las Vegas, Nevada 89128
    (702) 868-8000
ERICA D. LOYD, ESQ.   Fax No.: (702) 868-8001
**KANG & ASSOCIATES, PLLC.**   *Attorneys for Defendants*
Nevada Bar No. 10922
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89103
(702) 333-4223
Fax No.: (702) 507-1468
*Attorney for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 4th, day of November, 2015.

2

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT