**EVA L. JOHNSON, ESQ.**
State Bar No.: 010628
**SCHUETZE & MCGAHA, P.C**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
P: 702.369.3225
F: 702.369.2110
**ERICA D. LOYD, ESQ.**
State Bar No.: 010922
**KANG & ASSOCIATES, PLLC.**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89103
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*
*Tiffani Lavell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANI LAVELL, an Individual,<br><br>                Plaintiff,<br><br>vs.<br><br>ENDALKCHEW, MERSHA, D.M.D., A PROF. CORP. d/b/a Discovery Dental; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>                Defendant. | Case No.:   2:15-CV-01975 |

**STIPULATION AND ORDER TO AMEND PLAINTIFF'S COMPLAINT**

-1-

IT IS HEREBY STIPULATED AND AGREED between Plaintiff TIFFANI LAVELL, by and through her attorneys, Eva L. Johnson, Esq. of SCHUETZE & MCGAHA, P.C and Erica D. Loyd, Esq. of KANG & ASSOCIATES, PLLC., and named Defendant, ENDALKCHEW, MERSHA, D.M.D., A PROF. CORP. dba DISCOVERY DENTAL by and through its attorneys, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq., of PARKER NELSON & ASSOCIATES, CHTD, that the Plaintiff's Complaint be amended to remove ENDALKCHEW,MERSHA, D.M.D., A PROF. CORP. dba DISCOVERY DENTAL AND name SMILE4EVER, LLC d/b/a Signature Smiles as the Defendant in this action.

**IT IS SO STIPULATED:**

January 19, 2016.  											January 19, 2016.

KANG & ASSOCIATES, PLLC.  						PARKER NELSON & ASSOCIATES, CHTD

BY:   /s/Erica D. Loyd								BY: /s/Yadira R. Gibson
        Erica D. Loyd, Esq.								        Yadira R. Gibson, Esq.
        State Bar No: 10922								        State Bar No.: 8637
        KANG & ASSOCIATES							        PARKER NELSON & ASSOCIATES
        6480 W. Spring Mtn. Rd.							        2460 Professional Court
        Suite 1												        Suite 200
        Las Vegas, Nevada 89146							        Las Vegas, Nevada 89128
        *Attorneys for Plaintiff*							        *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 20, 2016