**EVA L. JOHNSON, ESQ.**
State Bar No.: 010628
**SCHUETZE & MCGAHA, P.C**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
P: 702.369.3225
F: 702.369.2110
**ERICA D. LOYD, ESQ.**
State Bar No.: 010922
**KANG & ASSOCIATES, PLLC.**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89103
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*
*Tiffani Lavell*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANI LAVELL, an Individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>SMILE4EVER, LLC. d/b/a Signature Smiles;<br>DOES 1 through 25, inclusive; and ROE CORPS<br>1 through 25, inclusive,<br><br>　　　　　Defendant. | Case No.:　　2:15-CV-01975- RFB-VCF |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiff TIFFANI LAVELL, by and through her attorneys, Eva L. Johnson, Esq. of SCHUETZE & MCGAHA, P.C and Erica D. Loyd, Esq. of KANG & ASSOCIATES, PLLC. and SMILE4EVER, LLC. d/b/a Signature Smiles by and through its attorneys, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq., of PARKER NELSON & ASSOCIATES, CHTD, as follows:

-1-

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that all claims asserted or that could have been brought in the above-captioned action by the Plaintiff shall be and hereby are dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice and each party to bear its own costs and attorney fees.

**IT IS SO STIPULATED:**

February 11, 2016.                                        February 11, 2016.

KANG & ASSOCIATES, PLLC.                PARKER NELSON & ASSOCIATES, CHTD

BY:   /s/ Erica D. Loyd                              BY:  /s/ Yadira R. Gibson
       Erica D. Loyd, Esq.                                   Yadira R. Gibson, Esq.
       State Bar No: 10922                                State Bar No.: 8637
       KANG & ASSOCIATES                            PARKER NELSON & ASSOCIATES
       6480 W. Spring Mtn. Rd.                         2460 Professional Court
       Suite 1                                                    Suite 200
       Las Vegas, Nevada 89146                       Las Vegas, Nevada 89128
       *Attorneys for Plaintiff*                              *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  February 14, 2016.